UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV422

| | |
|---|---|
| JOHN M. CHURCH, )<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>WACHOVIA SECURITIES, INC. and )<br>WACHOVIA CORPORATION, )<br>)<br>      Defendants. )<br>) | ORDER |

This matter is before the Court sua sponte. On January 10, 2007, this Court issued an order (Doc. No. 50) granting Plaintiff Church's Motion to Withdraw his Motion to Reconsider the Magistrate's Judge's Order Denying the Plaintiff's motion to Remand (Doc. No. 35). In doing so, the plaintiff's Motion for Reconsideration of the Magistrate's Order to Compel (Doc. No. 46) was erroneously withdrawn as well. That motion is still pending and shall be reinstated.

**IT IS SO ORDERED**.

Signed: January 18, 2007

Robert J. Conrad, Jr.
Chief United States District Judge

1