UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV422

| | |
|---|---|
| JOHN M. CHURCH,<br><br>    Plaintiff,<br><br>vs.<br><br>WACHOVIA SECURITIES, INC. and WACHOVIA CORPORATION,<br><br>    Defendants. | ORDER |

This matter is before the Court *sua sponte*. Plaintiff Church has moved the Court to reconsider the magistrate judge's November 14, 2006, memorandum and order regarding the plaintiff's Motion to Compel Discovery. (Doc. No. 46). The current discovery deadline is March 31, 2007.

All discovery deadlines ares hereby stayed in this case until the Court rules on the plaintiff's motion.

**IT IS SO ORDERED**.

Signed: March 13, 2007

Robert J. Conrad, Jr.
Chief United States District Judge

1